

**SD**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA     :

v.                           FILED   CRIMINAL NO. 10- *CR 359-2*

OTHNIEL TOOKES               JUN 0 3 2010

MICHELE E. KUNZ, Clerk
By_____ IV___ Dep. Clerk

### ORDER FOR BENCH WARRANT

AND NOW, this 3d day of June, 2010, on motion of Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE ELIZABETH T. HEY
United States Magistrate Judge



IN THE UNITED STATES OF DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA         :

        v.                         CRIMINAL NO. 10- *CR 359-2*

OTHNIEL TOOKES

*FILED JUN 0 3 2010 M___E KUNZ, Clerk By___ Dep. Clerk*

## MOTION FOR BENCH WARRANT

      AND NOW, this _____ day of June, 2010, Zane David Memeger, United States Attorney for the Eastern District of Pennsylvania, and Stephen A. Miller, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

                          Respectfully submitted,

                          ZANE DAVID MEMEGER
                          United States Attorney

                          STEPHEN A. MILLER
                          Assistant United States Attorney