UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS AND ORDER

| | | |
|---|---|---|
| **NO** - INTERPRETER NEEDED | : | IA/AC/PTD |
| | | |
| Date of Arrest: | : | June 9, 2010 |
| | | ESR OPERATOR: Mia Harvey |
| | | |
| UNITED STATES OF AMERICA | : | AUSA Stephen Miller |
| | | |
| v. | : | No: 10-359-02 |
| | | |
| OTHNIEL TOOKES | : | George H. Newman, Esquire |
| | | (CJA Appointed) |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

[] The Government's Motion for Temporary Detention is Granted. A detention hearing and probable cause hearing are scheduled before

[] The Defendant stipulated to probable cause and pretrial detention.

[] The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

[] The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

**[X] The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order.**

**[X] Other: A arraignment hearing is scheduled for June 17, 2010 at 10:30 a.m. before Magistrate Judge Carol Sandra Moore Wells in Courtroom 5-A.**

[] AFTER A HEARING, PROBABLE CAUSE WAS FOUND BY THE COURT.
[] PLEA: NOT GUILTY TO ALL COUNT(S). Counsel have 14 days to file pretrial motions.

BY:

*/s/ TJR*
THOMAS J. RUETER
CHIEF U.S. MAGISTRATE JUDGE

**TIME IN COURT: 10 MINUTES**

*(Form Revised December, 2007)*