IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL

v. :

Othaniel Tookes    NO. 10-359 (SD) - 2

**FILED JUN 10 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk**

## CONDITIONS OF RELEASE ORDER

| BAIL |
|---|

Defendant is **released on bail** in the amount of: $ 25,000
    ✓ O/R
    ____ cash
    ____ secured by:
        ____ % cash
        ____ property at: _____
    ____ Waiver of Clerk's office requirements - Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| PRETRIAL SERVICES |
|---|

✓ Defendant shall report to Pretrial Services:
    ✓ **as directed** by Pretrial Services.
    ____ times per week **in person**.
    ____ times per week **via telephone**.

____ Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
____ Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
____ Defendant shall submit to **electronic monitoring** at the following address:
_____

____ **24 hours a day** (Defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

____ Defendant is permitted to continue **working** outside the home, but shall submit to **curfew** between the hours of _____, during which electronic monitoring will be in place. (Otherwise, defendant may leave this residence to visit with counsel, and to attend medical appointments and religious services, all with prior approval of Pretrial Services.)

| PASSPORT |
|---|

✓ Defendant shall surrender and/or refrain from obtaining a **passport**.

| TRAVEL |
|---|

__✓__ Travel is restricted to the **Eastern District of Pennsylvania**.
__✓__ Travel is restricted to the  _District N.J._                          .
_____ Unless prior permission is granted by Pretrial Services.

| FIREARMS |
|---|

__✓__ Defendant shall surrender and/or refrain from obtaining any firearms. Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period. The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

| MISCELLANEOUS |
|---|

__✓__ Defendant shall have no _case-related_ contact with **co-defendants, potential witnesses** in this case, or individuals engaged in any **criminal activity**.
__✓__ Defendant must maintain present **employment**.
_____ Defendant must **actively seek** gainful employment.
_____ Defendant shall undergo a **mental competency evaluation**.
_____ Defendant must reside:

   at: _____

   with: _____

## OTHER CONDITIONS:

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

It is so ORDERED this __9th__ day of __June__, 2010.

BY THE COURT:

_____
THOMAS J. RUETER
CHIEF MAGISTRATE JUDGE

(Form Revised December, 2007)