```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :
                                :
         v.                     :
                                :
OTHNIEL TOOKES                  :      CRIMINAL NO. 10-359-2
```

ORDER

AND NOW, this 10th day of March, 2011, upon consideration of defendant's request to travel to "the Maryland, DC area" on March 12 and return on March 13, 2011, and neither the Pretrial Services Officer nor the Government objecting to his request to attend a "family wedding", it is hereby ORDERED that:

    1.   The epistolary request is GRANTED; and

    2.   Defendant is GRANTED LEAVE to travel on March 12, 2011 to "the Maryland, DC area" for a family wedding and return to this district the next day.

BY THE COURT:

\_\_\s\Stewart Dalzell