IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| OTHNIEL TOOKES | : | NO. 10-359-02 |

<u>ORDER</u>

AND NOW, this 26th day of May, 2011, the Court having this day received the attached fax from defendant, which we will treat as a motion to amend this Court's April 5, 2011 Judgment (the "Judgment"), which sentenced him to five years' probation, with the first ten months to be served on home confinement with electronic monitoring at the Court's expense, and defendant's "motion" coming almost two months after the Judgment was imposed, thereby making it long past the fourteen-day window Fed. R. Crim. P. 35(a) provides, it is hereby ORDERED that defendant's request, treated as a motion to amend, is DENIED.

BY THE COURT:

_____
Stewart Dalzell, J.

VERY VERY URGENT!!!

To the honorable Judge Stewart Dalzell

I hope this note find you in good health and spirit Judge. My case number is 10-00359-02 and my name is Othniel Tookes. Your honor I was prompted to write to you as an extreme emergency this early morning. Your honor I have a condition and am suffering from severe claustrophobia. I was prompted to write you after my 3rd panic attack on Saturday evening may 21st 2011. Your honor since mid April 2011, since I have had my electronic monitoring ankle bracelet put on, this device has triggered 3 separate attacks. Just to briefly describe this last attack. Your honor I was up all night, I went into panic mode, having to pull of all of my clothes and go to an open window with extreme hot flashes, leaving my bedroom, walking to and from around the house, etc. etc. On occasions my sister would ask me if my nerves were bad, why was I walking back an forth? On this day after my 3rd attack did I finally reveal the situation to my mother, who told me it was claustrophobia. I was immediately referred to a doctor. The earliest appointment was set for me on June 8th 2011. I have had sleepless nights, lost of appetite, severe panic attacks, deep depression etc. etc. Your honor, I am asking if there is any alternative other than this ankle bracelet to monitor me while I am on home confinement?? I would be able to function a whole lot better. Please Please!! I have been diligent and in compliance with my schedules, sometimes being back in the house earlier than expected. I did not want to bother anyone including my family about what I was going through, but after my 3rd attack, which was the most traumatic and life threatening experience I've ever had in my entire life, I was forced to take action.

Your honor I have been diligently seeking employment for months and have a possible offer of employment finally in the making. I normally assist my church every year, 3 times per year with their outside event, on memorial's day, may 30th, July 4th and labor which is at the beginning of September without pay. Your honor due to my current financial responsibilities, this year the church agreed to have me assist them for 12 hours for the rate of 8.00 per hour for 96.00. Your honor doing this would really allow me to pay my restitution for this month and give me an additional 30 days while seeking employment. It would be very beneficial for me to do so. I was told I was not able to assist the church on Monday may 30th 2011. Lastly I am asking if I could assist the church this Monday, may 30th 2011 at 1512-14-16 north Broad St. from 9 am to 9pm?? Also on July 4th 2011 and on September 5th 2011. I am certain that I should be employed by the later date. Again I thank you for your past consideration and for your time and as always god bless you.

My fax number is 215-769-1910

My cell is 215-554-7357 cell

My home number is 215-232-7729